UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GERMAN RUIZ,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br>    Defendant. | §<br>§<br>§<br>§   Civil Action No. 3:13-CV-2641-M (BF)<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney [D.E. 16]. No objections have been filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss [D.E. 6] is **DENIED** and Plaintiff's Motion to Amend Pleading [D.E. 11] is **GRANTED**.

**SO ORDERED** this 17th day of March, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS